**Order entered May 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01568-CV

## MARK VERDERAME, Appellant

## V.

## ANA PATRICIA VERDERAME, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50246-2019**

## ORDER

We **REINSTATE** this appeal.

By order dated March 20, 2020, the Court abated this appeal to allow the parties to pursue mediation. On May 1, 2020, the Court received a copy of the parties' mediation agreement. In light of the parties' mediation agreement, the Court will dismiss the appeal unless either party files a written objection within ten days of the date of this order.

/s/     BILL WHITEHILL
        JUSTICE